# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **Marjorie Henderson, et al.,** | )<br>)<br>) CIV 03-2162 PCT-JWS |
| Plaintiff(s), | )<br>) |
| v. | )<br>) |
| **Navajo Nation, et al.,** | )<br>) |
| Defendant(s). | ) |

FILED / RECEIVED / LODGED / COPY
JUN 2 2 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** per the Court's order #19 of June 22, 2004, granting Defendant Navajo Nation's motion to dismiss #5 and the United States' motion to dismiss #7-2, this case is closed, Plaintiff to take nothing.

June 22, 2004                    RICHARD H. WEARE
Date                             District Court
                                 Executive/Clerk

                                 /s/ Hyatt
                                 (By) Deputy Clerk

cc:   All counsel
      Judgment Drawer